MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT JUDGE
August 4, 2021

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **RACHEL LYNN MAGLIULO ET AL** | **CASE NO. 3:21-CV-02304** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

A federal court is a court of limited jurisdiction and first must examine whether it has jurisdiction over a claim. Therefore, Plaintiffs are to address the following jurisdictional issues by 5:00 p.m. on Thursday, August 5, 2021:

1. Whether this Court has jurisdiction in the absence of a complaint[1];

2. Whether this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) with the State of Louisiana being a party. Specifically, whether the State of Louisiana is a nominal party or a real party in interest in this proceeding[2]; and

3. Whether this Court has federal question jurisdiction under 28 U.S.C. § 1331 and pursuant to the well-pleaded complaint rule[3], and/or whether there are substantial questions of federal law involved[4].

---

[1] Federal Rule of Civil Procedure 3.
[2] *Louisiana v. Union Oil Co. of California*, 458 F.3d 364 (5th Cir. 2006).
[3] *Bernard v. Whitney National Bank*, 523 F.3d 546 (5th Cir. 2008).
[4] *Howery v. Allstate Ins. Co.*, 243 F.3d 912 (5th Cir. 2001)

The previous Minute Entry [Doc. No. 3] is withdrawn. Defendant's date to file a response is no later than Monday, August 9, 2021, by 5:00 p.m.

TAD

*/s/ TAD*