**Edward Via College of Osteopathic Medicine (VCOM)**

**GUIDANCE FOR VCOM STUDENTS ON CAMPUS
AND IN CLINICAL SETTINGS UNDER COVID-19 CONDITIONS
BEGINNING 7-16-2021**

**History:**  While the country has moved to Phase 3 guidelines, public health data suggests COVID-19 continues as a threat nationwide.  New strains such as the Delta variation have brought about even more concerns about the rising numbers of COVID patients in some of the states where VCOM is located (such as the recent rise in Louisiana).  However, great strides have been occurring nationwide and as many more persons have become vaccinated and it has become apparent that vaccination is the most important health initiative to reduce the threat and to be able to return to the normal on campus and clinical academic operations.

The evidence-based medical data nationwide has demonstrated that vaccines reduce the number of cases, serious complications, and deaths related to COVID-19. The continuing evidence being gathered on the vaccine's safety has shown that while there is an increasing number of persons completing vaccination, the overall incidence of complications has remained low.  While the vaccine trials are not complete, the large number of persons who have received the vaccine now far exceeds the majority of clinical trials performed for other such vaccines and the complications remain low.   In addition, the long-term effects of having the COVID-19 infection is unknown and more latent medical conditions from contracting the virus are being identified each month.

VCOM, while requiring vaccination of students and employees for the safety of the classroom and workplace, also recognizes the importance of any person to be able to apply for exemptions due to medical, religious, or other reasons of belief.  If any person has a concern over a health condition they has and is requesting information on whether or not to receive the vaccine (due to certain medical conditions), they should check with their physician first.  Exemption forms exist for all students who are requesting not to participate in vaccination.

The employees and students of VCOM have followed the nationwide guidelines by the **CDC for Institutions of Higher Education (IHE)** which have allowed VCOM to offer students medical education and have also allowed the continued employment of faculty and staff on and off campus during this pandemic.  To continue safe operations, students, faculty, and staff are encouraged to continue to follow CDC and evidence-based medicine data (rather than media reports) and follow the policies and procedures listed in this document.  VCOM is also following the Surgeon General's requests to educate our community and to dispel misinformation that has been spread.  VCOM students, faculty, and staff are being asked to be vaccinated in an effort to keep everyone safe. The high numbers of students, faculty, and staff who have received vaccination have allowed VCOM to continue our operations to date.  Complying with the new procedures that follow, will allow more personal freedoms for all while still practicing safety measures as recommended by the CDC.  VCOM **requires** all employees and students to be vigilant in following the policies and procedures that follow.  Notices will be sent anytime this document is updated.

1

Exhibit No. 8

## SECTION 1:  SCREENING FOR COVID-19

VCOM developed a surveillance tool to screen employees and students for COVID-19 symptoms, illness, and/or significant exposures.  Using the MyHealthTracer.com web application as our screening tool, which depends upon employees to perform their own self-health checks and to log their exposures and illnesses, has been instrumental in allowing VCOM to continue operations this past academic year. All **students who have been fully vaccinated are only required to enter their status on MyHealth-Tracer.com when they have a known significant exposure, or they are experiencing symptoms of illness.**

- **SCREENING:**  Once fully vaccinated, the student may decrease their entries into MyHealth-Tracer.com to log when significant exposures, illness or symptoms occur.
  Those persons who are not fully vaccinated will be required to enter their status daily.
- **SELF QUARANTINE:**  Required 5-day self-quarantine periods without illness will still be required by those who are not vaccinated following any direct, significant, unprotected exposure.
- **MASKS:**  Protective masks are **required unless a student or employee has been fully vaccinated**.  (To be exempted from wearing a mask, vaccinated students and faculty must submit evidence of vaccination to their COVID-19 officer.)
- **PROOF OF VACCINATION:**  Students wishing to be exempt from wearing a mask and using MyHealthTracer.com must submit evidence to the appropriate Associate Dean as their COVID-19 officer or through the normal vaccine submission process.
- **EVIDENCE OF VACCINATION** is defined as an image of your vaccination card demonstrating full vaccination to your COVID-19 officer.  If you do not wish to submit this evidence, then you must wear a mask at all times on campus

## SECTION 2:  SYMPTOMS OF COVID-19

A student experiencing any of the following symptoms may not enter College facilities and should isolate immediately.  Symptoms most common to COVID-19 include the following:

A.  Fever (subjective or 100.4 degrees Fahrenheit) or chills,
B.  Cough, shortness of breath or difficulty breathing,
C.  Extreme fatigue from illness, with muscle or body aches,
D.  Headaches related to an acute illness
E.  New and remarkable loss of taste, smell, and appetite
F.  Sore throat and congestion
G.  Nausea, or vomiting, and/or diarrhea,

It is not likely you will experience all the symptoms above, and so if you are experiencing any of the symptoms and feel ill, you must stay at home and isolate yourself from others to see if further illness develops. In general, there are no illnesses that you want to bring to a classroom or the workplace, even if it is not determined to be COVID-19.  You must log the illness on the MyHealthTracer.com application.

Exhibit No. 8

If a medical student becomes ill, call the appropriate Associate Dean (Associate Dean for Student Affairs for OMS 1 or OMS 2 and Associate Dean for Clinical Affairs for OMS 3 or OMS 4) as your COVID-19 officers and inform the medical education office of your absence – requesting an excused absence through the Associate Dean for Medical Education.

## SECTION 3:   VCOM CAMPUS PREVENTIVE HEALTH SAFETY MEASURES TO AVOID COVID-19 RESTRICTIONS

**Masks:**   If fully vaccinated, and you prefer not to wear a mask, then you must provide evidence to the appropriate COVID-19 officer of vaccination.  If you wear a mask daily, you are not required to submit the proof of vaccination on the Alabama campus, in order to follow the state's laws. As many students may prefer to wear a mask to avoid the Delta variant which may be resistant to certain vaccines, this will not identify you as someone with an exemption.

**Practice Good Hygiene:**   Avoid touching your face with your hands.  Wash hands frequently for 20 seconds or more.  Use the hand sanitizer frequently esp. before/after touching doors, elevators, stair rails and frequently used surfaces.  Hand sanitizer stations are available throughout the building. Employees and students should avoid sharing items such as pens, phones, computers, or other hand-held items.

**General Safety Measures:**  You should, however, continue to use the hand sanitizers and good hygiene. You should socially distance whenever possible.  Do not congregate in halls, parking lots, bathrooms, library, or other small areas where social distancing cannot be done.

**Safety Measures related to Restroom Use and Handwashing:**   To avoid overcrowding, the restrooms' capacity is limited to the number of people in the stalls and no more than 4 persons waiting inside the bathroom. For this reason, to avoid congregating by bathrooms, employees should attempt to use bathrooms at times when students are not on a break (not at the 10-minute period before the hour ie: 9:50 to 10, 10:50 to 11, or from 12 to 12:15).  Employees and students should wash hands for 20 seconds or more and use hand sanitizer.

Continue to **Avoid Others Who Are Ill off campus** whether at home or in transit so not to bring COVID or other illnesses to campus.

## SECTION 4:   VACCINES

VCOM, as a medical school, recognizes that the only way for the pandemic to be resolved is through widespread vaccination.  It is evident that COVID numbers are increasing again in certain states (such as Louisiana) where VCOM campuses are located.  Certainly, the medical evidence over time has shown that vaccination is the appropriate way to avoid the spread of viruses. The Surgeon General has asked that everyone continue to avoid spreading myths and provide more information on evidence-based medicine studies regarding the COVID-19 vaccine, rather than certain types of media stories which have at times supported myths or spread fear .

Therefore, VCOM stands behind the CDC, the Surgeon General, and the medical professions (AMA and AOA) in the country in supporting vaccination.  Students participate in vaccination to assure the safety

of both the patients to which they provide medical care, and to the students and faculty in the clinical setting and on the VCOM Campuses.

Where the states allow VCOM to require the vaccine, VCOM will require the vaccine for all students. Where states provide rulings that do not allow requiring the vaccines, they will be strongly recommended and only required to participate in educational settings that involve hands-on patient care or when providing hands on examination of classmates or the patients that the classmates care for.

**Vaccination is the only true measure to assuring each individual student's safety, as well as for the safety of the patients who are being cared for.**

**Students who have religious, medical, or other conditions that require exemption must provide proof of this request to the College.  This procedure will allow the College to prepare for and respond appropriately and to provide accommodations when necessary.**

Many organizations, such as the EEOC, OSHA, and other national organizations determining the need for vaccination in the workplace and on College Campuses, have all determined and issued statements that verify vaccination is required for employees and students **to be safe** in classroom environments where exposure can be significant and in the campus workplace.  VCOM also follows recommendations for healthcare facilities to operate safely under COVID-19 pandemic conditions.  Finally, VCOM follows the recommended pathways for determining accommodations following EEEOC, OCR, and OSHA guidelines.

The majority of states in which VCOM operates allow and encourage Institutions of Higher Education to set their own requirements for vaccines.  Currently, subject to the provisions of the next paragraph, VCOM is requiring vaccination for the fall semester for the Virginia, South Carolina, and Louisiana campuses and is strongly recommending vaccination in Alabama where students are asked to volunteer such cooperation.  If a student requests exemption from vaccination for medical or religious reasons, this will be reviewed by a committee according to EEOC guidelines for such accommodations.

VCOM does not require every student to have vaccination.  Students who elect to attend VCOM, who do not wish to receive the vaccination while still in the current emergency status for evaluation, have multiple options including, but not limited to:  1. Not to attend,  2. To defer their enrollment for one year, 3. To be accommodated through completing all requirements except patient care duties until more information is known about the vaccine (currently estimated for January 2022) or the student may be placed in an alternate education pathway that defers only clinical involvement.  For this purpose, a student may also need to defer patient care that is simulated (so not to expose standardized patients) or to classroom examinations and treatment modality practices performed on other students (so not to expose other students who do not wish to participate).  These alternatives allow a student to defer or attend in a modified role.

Students in the OMS 3 and OMS 4 years who are not vaccinated may be required to have alternate experiences for rotations that allow students who are not vaccinated to participate.  This may result in a change in the rotation site.  Students should be aware that most residencies will require vaccination and will ask the College to verify vaccination status for rotation placement.

**All Students who are not vaccinated must wear a mask whether on campus or when allowed in certain clinical environments.   The student may be required to have frequent testing for COVID-19 to assure they are not exposing patients or other students and healthcare personnel.  The non-vaccinated student must also use the MyHealthTracer.com application daily to assure safety of all.**

4

- Vaccines are now readily available for all at this time, and, therefore, any student or employee having difficulty obtaining the vaccination may request assistance from the COVID-19 officer, who will assist them in the process.

**All students who show evidence of their vaccination card to their COVID-19 officer may attend campus without a mask or if they plan to travel as long as they are not experiencing any symptoms of illness. (Those students or employees who do not wish to show their card are not required, however they must continue to wear a mask and must avoid travel while the semester is in session.  There are students and employees who wear masks by preference and so there is no discrimination risks for those who do wear masks).**


**VCOM STUDENT POLICIES ON VACCINATION:**

1. Students on all Campuses are required to have the vaccine to attend all classes and all clinical environments.  Altered programs for attendance and other accommodations are available as determined by the COVID-19 Committee following current EEOC guidelines.  These are determined on a one-by-one basis for the 2021-2022 academic year (beginning in July 15, 2021).
2. Students requesting to not wear a mask must have proof of vaccine.
3. Students must provide proof of vaccine to be involved in patient care.
4. Students who are not vaccinated and who are without a mask will be referred to Honor Code Council for placing the health of others on campus at risk.
5. It is consistent with the mission of VCOM to place the health and well-being of patients first and foremost, and is the reason for this requirement.
6. Students in the OMS-3 and OMS-4 year from Virginia, Louisiana, and Carolinas Campuses are required to have the vaccine to be involved in patient care.
7. Students from Alabama (by law) in the OMS-3 or OMS-4 year are strongly recommended to have the vaccine and must have the vaccine to participate in patient care if the clinical site or any clinical faculty member requires the vaccine to participate in patient care.  This is for the safety of the patients in the clinical setting as well as the medical staff working in that clinical setting.
8. If a Clinical Training Site requires proof of vaccination, the student must provide this proof.  If the student is not vaccinated, the student may have to be moved to a site where the vaccination is not required.  Students should be aware this may result in a delay in their education for such transitions.
9. Any student who is not vaccinated must wear a mask and practice all safety measures to avoid contracting or spreading COVID-19.
10. Students who are not vaccinated should realize that if they contract COVID-19, their academic program may be delayed while they are in recovery and quarantine.
11. OMS-3 and OMS-4 Students will provide the verification of the vaccine to their COVID-19 officer (the Associate Dean for Clinical Affairs) prior to the beginning of the Academic year as the clinical sites require this verification.
12. The requirement for vaccination is the same as other required immunizations a student must receive to enter medical school and to be involved in caring for a patient (whether a standardized patient or patient in the clinical setting).  This is for the protection of the patient and the

protection of the student.  Although the COVID-19 vaccine is approved under emergency conditions, the numbers of persons receiving the vaccine and the relatively low number of complications have far exceeded numbers in prior vaccine studies.  However, the final determination was to be in January 2022, which is now estimated to be released in fall of 2021.

13. Students unable to obtain the vaccination for medical or religious reasons must submit a request for accommodations to their COVID-19 officer and provide appropriate documentation.  A formal review process will follow to determine what accommodations can be made.  Again, this is done following EEOC and other educational guidelines.

14. If accommodations cannot be made, a delay in the program may occur until accommodations can be made or the threat of COVID-19 is resolved.

15. Students in the OMS-3 and OMS-4 years must realize that **the individual clinical site will have their own requirements regarding COVID-19 vaccinations**.  Students who do not follow or comply with the site requirements will be brought back to campus to determine if alternative arrangements are appropriate and can be made, including, but not limited, to alternate site placement.

16. **Flu shots and other vaccines:**  Students and employees were strongly recommended to have seasonal flu shot.  While flu season is over, the recommendation will be valid in the fall as well.  All other requirements of vaccinations for medical students still remain.

17. **Medical students are considered healthcare workers as they will be involved in the care of standardized patients and patients seen in early clinical experiences, including elderly patients at risk from COVID-19.**

18. **Students should understand while they are learners in the clinical training sites, they are also guests of the patients who are allowing them to be a part of their clinical care.   For this reason, students must always place the patient's well-being in front of their own preferences.  Students who are not vaccinated, and transmit COVID-19, assume all risk (financially and other) for caring for patients while not vaccinated.**

## SECTION 5.  DELIVERY OF OMS-1 & OMS-2 ACADEMIC PROGRAMS ON CAMPUS

**Safety measures** will continue for the curriculum to be delivered in various settings and curriculum delivery styles, however, most restrictions regarding the classrooms and labs have been lifted.

1. **CLASSROOMS:** The classrooms will now be used at full capacity as restrictions have been limited.   Students should be aware that if an outbreak occurs, alternating classrooms and classroom times may return.

2. **MASKS** are to be worn at all times in the classroom or laboratory **unless fully vaccinated** and **may be worn by those vaccinated if preferred**.   For approval not to wear a mask, the student or employee must provide the proof of vaccination to the COVID-19 officer. A list of those students and faculty who must wear a mask (who have not been cleared as vaccinated) will be provided to the Medical Education Department so as to assure the safety of others. This list will be kept confidential.

3. **ACADEMIC CALENDARS**  The Associate Deans for Medical Education on each campus will continue to provide the academic calendars.  The academic calendar will list when the classes or lab occurs, and whether the educational lecture or lab is a **mandatory learning (ML) event** or an **asynchronous learning event (AL).**

Exhibit No. 8

4. **SEAT ASSIGNMENTS** will continue as they have in years past before the COVID-19 pandemic.
5. **LABORATORIES**  All Laboratories are considered as mandatory learning events.  All students must attend laboratories and/or have an excused absence (which will require re-mediation).  Masks must be worn by all students who are not vaccinated.
6. **ANATOMY LABORATORY** will be split to two sessions where there will be no more than 50% of the class in the laboratory at any one time. This has been true for a number of years.  Students who are not vaccinated will be paired with other students who are not vaccinated or a student who agrees to be placed with a non-vaccinated student.
7. **PHYSICAL DIAGNOSIS AND OMM LABORATORIES** will be split where no more than 50% of a class is in the laboratory at one time as in years prior.  Students who are not vaccinated will again be assigned to other lab partners who are not vaccinated or have self-identified as approving to be paired with students who not vaccinated where possible.

## SECTION 6. DELIVERY OF THE OMS-3 & OMS-4 CLINICAL PROGRAM

**History:** VCOM initially (2020-present) determined new clinical program requirements for the OMS-3 and OMS-4 year students that allowed students to finish their academic program on time.

**OMS-3 Rotations: For students who are beginning the OMS-3 year in July 2021;** the following academic program requirements will apply:

- **Eight required core clinical 4-week rotations** in the following fields: family medicine, pediatrics, OB/GYN, surgery, psychiatry, rural primary care, and 2 internal medicine clinical rotation months.
- **One third-year selective** has been restored.  The selective must be completed in a VCOM core site.  A list of selectives will be provided in the 2021-2022 handbook.
- **One four-week period for the Research** course period has been moved from year 4 to year 3 to enable the student to begin their research earlier, providing more time for data collection, study, and publication.
- **Vaccination:  All OMS-3 and OMS-4 students will be required to be vaccinated** to ensure a timely program and the clinical rotation site to which the student was originally matched. Vaccination is required for patient care for the fall term unless a medical condition, religious exemption, or other state allowed exemption prohibits vaccination.
- Vaccination may determine the site for clinical rotations to which you are assigned.
- **OMS-3 and OMS-4 Students who are unvaccinated for COVID –19 will be required to self-quarantine for a 10-day period between rotations** (Just as last year's schedule utilized).
- Each clinical site has the right to require vaccination and determine whether they will allow a student who is not vaccinated to participate in patient care. **The student who is not vaccinated may be required to move to a different clinical site for one or more rotations**.
- If a student has a medical condition that does not allow vaccination or validated religious exemption, the student should report this to the Associate Dean for Clinical Affairs who will attempt to assist the student in locating a core rotation site where such an exemption is allowed.

Exhibit No. 8

- **Students should be aware that lack of vaccination may delay their education if they are exposed to COVID-19 and require quarantine, or if they become ill with COVID-19, and to allow for quarantine between rotations.**
- **It is considered unprofessional and unethical for a student to represent themselves as fully vaccinated against COVID-19 to a clinical site if they are not.**
- **Clinical Educational Modules and post-rotation exams** will continue to accompany all required rotations.
- The **Geriatrics rotation** in the OMS-3 year has been discontinued.  When COVID restrictions are lifted by Geriatric sites, the core Geriatrics curriculum has been moved to the OMS-1 and OMS-2 years as early clinical experiences.
- All students who are not vaccinated must use the MyHealthTracer.com application daily. Failure to utilize the application will result in a honor code violation and the student will be suspended until the Honor Code Committee or Professional and Ethics Standards Board can meet.

## SECTION 7. OMS-4 CLINICAL PROGRAM REQUIREMENTS for the Class of 2022

- **Four-weeks to complete professional development.**  This may be taken in one- or two-week periods to allow students to complete residency interviews and the other requirements including completing the online professional development curriculum.
- **Five (5) elective rotations are allowed by VCOM.**  Electives were designed to prepare the fourth-year student for the field the student wishes to enter and to allow those who haven't made a final choice to experience the rotation first.  Students will plan their electives when meeting with the Associate Dean for OMS 4 (and with advisement by clinical chairs).
- **Four (4) Selective Rotations**.  In addition to electives, students **must complete the required selective rotations.**  These are based on required medical knowledge to enter residency and may be tailored to the field the student is to enter.  **The 4 required <u>core selective</u> rotations** for the 2021-2022 academic year include the following: One (1) 4 week surgical selective; One (1) 4 week medical selective; One (1) medical or surgical selective; and One (1) intensive medicine selective.
  - **One (1) required Emergency Medicine rotation**
- The electives are possible in the VCOM Core hospitals where residencies exist and a minimum of one elective is possible through the VSLO system
- The Director for OMS 4 Clinical Rotations will assist the student in determining the rotation availability.
- Many outside electives remain restricted nationally by GME oversight groups or by hospitals and residency programs. These restrictions are not VCOM restrictions and are being imposed externally.
- **Most outside elective rotations will require vaccination.  This is imposed by the clinical site and not VCOM.**
- Elective and Selective choices for the fourth year selective(s) must be made from the 4th year Selective Rotations list in the handbook.
- **Interviews for Residency:  In 2020, for the first-time residencies began interviewing virtually.**  OMS-4 students should be aware that Online interviews for residency may or may not continue and so a rising fourth-year student must be prepared for both types of interview. Ultimately, at this time, whether the interview process will be in-person, or the

Exhibit No. 8

choice of virtual interviews is up to each residency site.  The Associate Dean for OMS-4 and GME will provide further information on a program used to prepare students for residency interview.

- **All OMS-3 and OMS-4 students** are required to use the **MyHealthTracer.com** online application each day **until fully vaccinated** and have provided the Associate Dean for Clinical Affairs with proof of vaccination.  After vaccination, the student is only required to use the application to report illness or significant exposures and a once per month report of no illness-when no illness has occurred.  Students must log their vaccination and provide a copy of their vaccination card to the Director of Clinical Rotations for their year (OMS 3 or OMS 4).  All OMS-3 and OMS-4 students are expected to complete vaccination as they are considered a healthcare worker.  **Students should** recognize that many clinical sites will not allow students to rotate unless fully vaccinated and many residency programs will not select a student who is not vaccinated.

- **Students should be aware it is doubtful that you will be able to match to a residency if not participating in vaccination.  This is not up to VCOM, but the site requiring vaccination**.

- **Student Seeking a Waiver to NOT Be Vaccinated**
   Beginning June 2021, any student who is not vaccinated will be required to submit a request for accommodations to the COVID-19 officer (Associate Dean for Clinical Affairs) for not being vaccinated, which will be reviewed by the COVID-19 Committee.

- **Proof of Vaccination:**  Students should be aware that, just as with the other required vaccinations for clinical care, proof of all vaccines are provided to the clinical sites prior to clinical training.

- **Students may now see patients at risk for having COVID-19 if fully immunized and if wearing appropriate protections as designated by the Clinical Site**.  The student who is not vaccinated must seek approval to see a **potential** COVID-19 patient from the supervising faculty member.   The student should, of course, avoid seeing patients with known COVID-19 if not vaccinated, and, if not vaccinated, a period of self-quarantine will be required.  This includes patients under investigation (PUI) when a strong suspicion for COVID-19 is present.

- **Students** in clinical education should report any illness to their clinical education site and assure that he or she is excused for the day if experiencing any symptom of illness.  Students who are not vaccinated must also report any significant exposure to a patient with COVID-19.

- A **Student MUST COMMUNICATE with a Notification of Illness or Symptoms of COVID-19 and/or unprotected exposures which will result in missing days from a rotation:**
   - The clinical faculty member with whom they are rotating
   - The site coordinator and DSME (if in a VCOM core site) **and**
   - The COVID-19 Officer (who is the Associate Dean for Clinical Affairs).
   - Log the illness on MyHealthTracer.com.
   - Students should anticipate that all missed clinical rotations days will need to be remediated to pass the rotation and this can generally be done on weekends if a small number of days.

**Summary: VCOM expects OMS-3 and 4 students to model exceptional physician professional behavior to safeguard their health and the health of the public. This is accomplished through vaccination, early recognition of signs and symptoms, taking timely protective actions to avoid the**

**transmission of COVID-19 to others in the clinical setting, and reporting their situation to those responsible for their learning and well-being.**

**Students are to notify the Associate Dean for Clinical Affairs if not being provided PPE by their clinical site so VCOM can provide PPE for the student.**

## SECTION 8: TRAVEL

Students who are not vaccinated are recommended to limit their travel (as the CDC recommends) so to limit their exposure to COVID-19.  Other requirements:

a. Vaccinations are needed by all who are traveling across state lines or out of the country.  This prevents illness for the student and prevents the student from being a vector.

b. The **CDC states, "if Fully Vaccinated" the employee or student Can Safely Travel in the United States.  IF not vaccinated, travel is a risk factor for COVID-19.**

c. Safe activities are still recommended while on travel for faculty and students such as outdoor activities, (ie: camping, hiking, etc.) which are still recommended while avoiding concerts, and indoor public gatherings that are considered super-spreaders.

d. **INTERNATIONAL TRAVEL**    International travel remains discouraged at this time and **prohibited** for those students who are not fully vaccinated.

a. **Students:**    International travel for students requires pre-approval by the COVID-19 officer and the Campus Dean.  Unless a student is fully vaccinated all international travel is prohibited and will not be approved.  Approved students should not travel to any country where COVID-19 is increasing or high risk (level 3 or 4) as a minimum of a five day quarantine is required before returning to campus and a negative COVID-19 test.  Students must be aware that, even if international travel is approved, and return to the US is delayed, the student may or may not be able to make up missing exams, labs, or mandatory learning events.  Missing such events may delay the student's program and cause the student to have to make up such work over block break or in the summer.  Therefore, the student must have prior approval from medical education before international travel.

b. **When VCOM International Medical Missions** are re-established, all students wishing to attend these trips will be required to be vaccinated.  The trips will not be re-established until the country is at least a level 3 or less.

c. All faculty and students must follow the CDC guidelines, as well as those specified above, following international travel.  If planning travel please review the following and follow these guidelines as well as those in b. and c. above. *https://www.cdc.gov/coronavirus/2019-ncov/travelers/after-travel-precautions.html*

Exhibit No. 8

**Emergent Actions:**

The COVID-19 Committee Chair or the President, Campus Dean, the Senior Director for Human Resources, the Senior Vice President, and the Vice Provost for Institutional Planning and Accreditation will meet on any emergent conditions that arise and may call a meeting of the Committee when needed. The Director of Human Resources and the Student COVID-19 Officer may also be included if there is a Campus outbreak.

In this case, the liaison with the local Health Department / District or their COVID-19 contact will be notified of new cases. The Directors of the local Health Departments where any of the VCOM Campuses are located, will be invited to be a member of the Campus Committee and will receive a copy of this plan as well as updates. The local Health Departments will be asked to perform contact tracing where needed. Confidentiality is maintained for all tracing.

Exhibit No. 8