Date: July 11, 2021

To Nathan Kinnard,

In that I am a member of the Christian faith, I am exercising my right to receive a religious exemption for vaccination. First and foremost, the vaccines I oppose include the current COVID-19 mRNA vaccines and the Jansen vaccine which are produced with aborted fetal cell lines.

The Johnson & Johnson vaccine, the Jansen vaccine, uses retinal cells from a fetus that was aborted in 1985 and treated in a lab since; the Pfizer and Moderna vaccines test the mRNAs on fetal cell lines from an aborted fetus cell from 1973.[1]

Therefore as a faithful Christian, I cannot according to the Church tenets on conscience which are outlined below, use any product that takes its origin in abortion. "For you created my inmost being You knit me together in my mother's womb." Psalm 139:13. The inmost being is sacrosanct.

Defiling of the body, many Christians, including me, believe as 2 Corinthians 7 teaches, that we should "cleanse ourselves from every impurity of flesh and spirit." The way I practice my religion includes aligning myself with scriptures on issues that oppose the wisdom of the world. What the world considers a type of remedy, a privilege, and something to covet in 2021 but is something I consider an impurity, I do not believe that using fetal cells from an aborted fetus for the benefit of the greater good or my personal benefit can be reconciled. I will not knowingly participate in the process to use such a product that violates the right to life and dishonors the lives of the unborn.

The scriptures are very specific about how those who practice Christianity should navigate life. Ephesians 6:10-18 directs us to "put on the armor of God," so that we can be equipped with truth, righteousness, peace and faith.

According to the Section 564 of the Federal Food, Drug, and Cosmetic Act, a lawful application of the terms of an emergency use authorization ("EUA") includes the right of informed consent and the option to refuse[2]. The FDA's guidance on the right to informed consent highlights the option to refuse "unapproved products." https://www.fda.gov/vaccines-blood-biologics/vaccines/emergency-use-authorization-vaccines-explained

---

[1] *Fetal Cell Lines Were Used to Make the Johnson & Johnson COVID Vaccine—Here's What That Means* 3/4/2021, MSN.com

[2] 21 USCS § 360bbb-3

10

Therefore as a faithful Christian, opposed to abortion, I cannot according to the Church tenets on conscience which I outlined use any product that takes its origin in abortion. I have the right to an objection of conscience regarding what is put into my body.

In that the use of these vaccines would be both a violation of my faith that opposes abortion on the duty to adhere to moral conscience, therefore, under the teachings I follow, am religiously and morally bound, I submit this exemption for vaccination.

Sincerely,
Rachel Magliulo

**Edward Via College of Osteopathic Medicine**

**Student Request form for Exemption from COVID-19 Vaccination**

Name: Rachel Magliulo

Campus: Monroe, LA Current academic year: XX OMS 1 ___OMS 2 ___OMS 3 ___OMS 4

Email: RMagliulo@ULM.VCOM.EDU    Phone: 586-718-5407

The medical curriculum at VCOM requires students to participate in early clinical experiences. Early clinical experiences begin in Block 2 of the curriculum. Therefore, the College requires the COVID-19 vaccination in order to complete the second block of the curriculum. The student in participating in the early clinical experiences becomes a student medical provider, overseen by VCOM physician faculty when providing patient care. Student medical providers, just as all medical providers, are required to place the health and safety of their patients first. As such the requirement for COVID-19 vaccination is required for the VCOM student medical provider to complete the VCOM curriculum in all four years.

A student enrolled in any year of the College is considered a student medical provider when providing patient care under VCOM faculty supervision. The College assumes liability for the student and the supervising physician when providing oversight of the student who is providing care. Therefore, as a private College who holds the responsibility for the care provided, VCOM is requiring students in all four years to receive the COVID-19 vaccination. This requirement is both for the safety of the student and for the vulnerable patients they will be caring for.

In addition to the patients cared for, the VCOM faculty and staff are exposed to VCOM students on a weekly if not daily basis. In order to create a safe workplace, and one where physicians who care for patients, university athletes, and others, to avoid transmitting COVID-19 the faculty who work on campus as well as the students must participate in vaccination. This prevents the spread of COVID-19 between the students in the classroom, the employees on campus, and the patients being cared for.

VCOM expects a medical student to be informed on and stay abreast of evidence-based medicine rather than the media or political opinion regarding COVID-19. There is a predominance of evidence that vaccination is the only means to prevent the spread of COVID-19 and lead to an assurance for the health and welfare of patients. In addition, the CDC provides guidance and recommendations for vaccine for higher education institutions and for healthcare workers.

For the above reasons exemptions are restricted to medical conditions that prohibit vaccination and those with proven religious exemptions.

**This section is to be completed by the student**

Exemption is requested due to:
\_\_\_\_ Medical Condition that prohibits receiving the vaccine. (requires a request for medical exemption from a physician stating the medical condition is present that is listed as one where the vaccination is contraindicated in medical literature)
    State the Condition: _____
    OR
XX Religious Condition that prohibits receiving the vaccine.
(Religious exemption requires a note from the minister, rabbi, or chief religious officer of the church along with a copy of the doctrine that prohibits the administration of the vaccine)
    State the Exemption: <u>I have sincerely held religious beliefs that compel me to abstain from obtaining a COVID-19 vaccine. My sincerely held religious beliefs are outlined in more detail in the attached letter, dated July 11, 2021, requesting an exemption from VCOM's mandatory vaccination policy before this form was instituted as the appropriate mechanism to request a religious exemption.</u>

    Title and contact information for the chief religious officer providing verification of religious doctrine supporting exemption. <u>Pastor Phil Robertson; 318-410-1777</u>

    (note the above may or may not qualify for exemption, and the request will be reviewed by an independent committee that may include representatives from that religion).

Have you received other vaccinations (ie: tetanus, measles, mumps, rubella, diptheria, and other childhood vaccinations) XX yes \_\_\_\_ no

The COVID-19 Committee will review all requests, although approval is not guaranteed.

The applicant must be aware that if an exemption is approved, the student must still wear a mask at all times on campus if they have not received the vaccination. This is also for the protection of other students and the patients they will be caring for. (The student may also be excluded from certain medical educational experiences (such as early clinical experiences) and/or have an altered campus experience). This exemption if granted may also expire at any time an outbreak occurs and/or risks outweigh the safety measures provided.

Page 3; Medical Provider Verification: Prior to completing this form, the student is requested to read the most current CDC COVID-19 Vaccine information. Then if you are requesting exemption, have your licensed physician complete the provider section of this form below verifying the medical conditions that prohibit vaccination.

Student name: _____  Birth date: _____
SSN: _____
The student is:
____ A patient I have been caring for over time
____ A new patient requesting this exemption

Option 1: The student has a known allergy to the vaccination: type of vaccine and allergic reaction
exhibited:
_____

Option 2: I verify this student has the following Condition that is documented in medical literature as
one that prohibits vaccination:
_____

Is the condition permanent? ____ yes  ____ no
If not permanent, the student will be asked to defer education for one year to a time when the vaccination will not be required
I recognize that this form is requesting medical opinion based upon fact and not personal belief and warrant this recommendation is based upon current medical evidence-based literature.
Cite literature: _____

_____ I verify that this student <u>will not be</u> at increased risk for serious illness or death from COVID-19 (over other vaccinated students) in providing care in a medical environment to patients who may or may not be ill with COVID-19. (students will be involved in patient care in all four years of medical school)

_____ I verify that this student <u>will be</u> at increased risk from serious illness or death from COVID-19 (over other vaccinated students)a nd verify that the risk of the vaccine is also equally serious and a recommendation is below:

    _____ a deferral until the risk of COVID-19 is mitigated.
    _____ the student is able to safely participate in patient care with a mask and standard
    precautions without serious risk to his or her health that is greater than that of
    vaccinated students

Signature of medical physician: _____
State medical license number: _____
Copy of license (attach).

Page 3: Religious Exemption:
To be completed by the minister, rabbi, or religious leader of the student's church

The following student will be involved in the medical care of patients and will be likely exposed to COVID-19. I verify by checking the information below that the person listed in this 3 page document should be exempt from vaccination, which would allow the student to be exposed to COVID-19 unprotected and risk contracting COVID-19 with complications up to death.

Name of Student: <u>Rachel Magliulo</u>   Date: 7/18/2021

The doctrine of our Church and the doctrine followed by the sincerely held religious beliefs of Ms. Magliulo and myself arise solely from the inerrant and infallible Word of Scripture. Indeed, as *II Timothy* 3:16-17 states, "All scripture is given by inspiration of God, **and is profitable for doctrine,** for reproof, for correction, for **instruction in righteousness;** That the man of God may be perfect, thoroughly finished unto all good works." (emphasis added). Thus, it is the complete work of Scripture that is the basis of doctrine for Ms. Magliulo and our Church. In fact, as the Scriptures inform us, man is prohibited from establishing his own doctrine by adding to the doctrine made explicit by Scripture alone. *See Deuteronomy* 4:2; *Revelation* 22:18-19. Thus, the doctrinal statement requested by this form is the Bible itself and the Bible alone. *See* https://www.kingjamesbibleonline.org/ . Here are some additional scripture references that set forth the doctrine of our church:

*[handwritten]* The Christian conscience allows one the liberty to accept or reject any pharmaceutical be take into their body Christians rely on God for everything by faith — not man made contrived (Cor 2:1-16 / 1 Cor 15:1-4)

Does the church doctrine prohibit all vaccinations? ___ yes _✓_ no X OTHER

As indicated above, the Church believes that individual believers are able to discern the answer to important questions concerning their health, lives, and eternal soul. The Lord delights in the prayers of His people (*Proverbs* 5:8), and specifically instructs believers that if they lack wisdom on any issue to simply pray and ask. Indeed, as the Bible says, "If any of you lack wisdom, let him ask of God, that giveth to all men liberally and upbraideth not, and it shall be given him." *James* 1:5. As a matter of Scriptural doctrine, therefore, all Believers are able to obtain the specific insight into decisions concerning vaccines on each individual basis and at any time that they may encounter such decisions.

Signature of Rabbi, minister, or religious leader:
*[signature]*

Address and phone number:
*[handwritten] 538 Mouth of Cypress Rd West Monroe LA 71292*

Contact Information:
*[handwritten] University Church, Monroe LA*

Please attach copy of your credentials:
*[handwritten] A ton of best!*

*[handwritten] BA / MA, La Tech*

Note the College retains the right to consult with other church leaders to verify this exemption. In addition, the student may be asked to defer their education for up to one year when the need for COVID-19 vaccination will likely be mitigated.