**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**August 18, 2021**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **RACHEL LYNN MAGLIULO ET AL** | **CASE NO. 3:21-CV-02304** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

A telephone status conference is set in the above matter for Tuesday, August 24, 2021 at 11:00 a.m., for purposes of setting a date for the hearing and deadlines for the Preliminary Injunction. Call-in information will be emailed to the parties separately.

TAD

