UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RACHEL LYNN MAGLIULO, MATTHEW SHEA WILLIS, AND KIRSTEN WILLIS HALL | CIVIL ACTION NO. 3:21-cv-02304 |
| VERSUS | JUDGE DOUGHTY |
| EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE | MAGISTRATE JUDGE MCCLUSKY |

### PLAINTIFFS' MOTION FOR CONTEMPT FOR VIOLATION OF TEMPORARY RESTRAINING ORDER

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Rachel Lynn Magliulo, Matthew Shea Willis, and Kirsten Willis Hall, who respectfully move this Honorable Court to Order Defendant, Edward Via College of Osteopathic Medicine, and Nathan Kinnard, its Associate Dean of Student Affairs and Development to appear and show cause, if any they can, why they should not be found in contempt of court and sanctioned appropriately for violating this Honorable Courts Temporary Restraining Order (Doc. No. 19).

WHEREFORE, Plaintiffs, Rachel Lynn Magliulo, Matthew Shea Willis, and Kirsten Willis Hall, respectfully pray that after due proceedings Defendant, Edward Via College of Osteopathic Medicine, and Nathan Kinnard, its Associate Dean of Student Affairs and Development, be held in contempt of court and sanctioned appropriately for violating this Honorable Courts Temporary Restraining Order (Doc. No. 19).  Plaintiffs further pray that Defendant, Edward Via College of Osteopathic Medicine, and Nathan Kinnard, its Associate Dean of Student Affairs and Development, be cast with all costs incurred in the filing of the instant motion, along with reasonable attorney's fees, and for all other relief to which they are or may be entitled, whether in law or in equity.

Respectfully submitted:

BREITHAUPT, DUBOS & WOLLESON,  LLC
1811 Tower Drive
Monroe, Louisiana 71201
Telephone:	(318) 322-1202
Facsimile:	(318) 322-1984
Email:	michael@bdw.law
Email:	adam@bdw.law


_____/s/ Michael L. DuBos_____
Michael L. DuBos (#23944), T.A.
Adam R. Karamanis (#39544)




**<u>CERTIFICATION</u>**

I hereby certify that a copy of the above and foregoing has been duly served upon counsel of record on this 23rd day of August 2021 via the Court's EM/ECF filing system.

_____/S/ Michael L. DuBos_____
Michael L. DuBos