**MINUTES OF STATUS CONFERENCE**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**August 24, 2021**

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**RACHEL LYNN MAGLIULO ET AL**       **CASE NO.  3:21-CV-02304**

**VERSUS**       **JUDGE TERRY A. DOUGHTY**

**EDWARD VIA COLLEGE OF**       **MAG. JUDGE KAYLA D. MCCLUSKY**
**OSTEOPATHIC MEDICINE**

A telephone status conference was held in the above referenced matter on August 24, 2021, beginning at 11:00 a.m. Participating on behalf of Plaintiffs were Michael L. DuBos and Adam R. Karamanis. Participating on behalf of Defendant were Mark J. Neal and Jeannine Jordan Haedicke. Also participating were Stephanie Turk, Law Clerk; Dennis Stewart, Law Clerk; and Amy Crawford, Courtroom Deputy.

The participants discussed whether the Court should combine a hearing date for the pending Motion for Preliminary Injunction [Doc. No. 8] and Plaintiffs' Motion for Contempt for Violation of Temporary Restraining Order [Doc. No. 21]. Both parties agreed that combining the hearing dates into one day would be acceptable. After consideration, the Court scheduled a hearing for November 2, 2021, at 9:00 a.m. in Monroe, Louisiana.

The participants next discussed the briefing deadlines for the Motion for Contempt for Violation of Temporary Restraining Order [Doc. No. 21] filed on August 23, 2021. After consideration, the Court **ORDERED** that the briefing deadlines are as follows: Defendants to file a Response to the Motion by September 14, 2021. Plaintiffs to file a Reply to the Response seven (7) days after the Response is filed.

Participants then discussed details of the Preliminary Injunction hearing. The Court informed participants that they may put on evidence and present affidavits at the hearing.

The participants next discussed the briefing deadlines for the Motion for Preliminary Injunction [Doc. No. 8] filed on August 5, 2021. After consideration, the Court **ORDERED** that the briefing deadlines are as follows: Plaintiffs' briefs are due by September 19, 2021. Defendants Response briefs are due by October 2, 2021. Plaintiffs' Reply briefs are due by October 13, 2021.

The Court then asked the parties to address the amount in controversy of the claim for jurisdictional purposes in their briefings.

Lastly, participants discussed deadlines for the exchange of witness lists, exhibit lists, and affidavits. After consideration, the Court **ORDERED** that witness lists, exhibit lists, and affidavits must be exchanged by October 13, 2021.

The status conference concluded at 11:25 a.m.

TAD

