UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RACHEL LYNN MAGLIULO ET AL | CIVIL ACTION NO. 3:21-cv-02304 |
| VERSUS | JUDGE DOUGHTY |
| EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE | MAG. JUDGE KAYLE McCLUSKY |

**EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE'S (VCOM) MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT**

NOW INTO COURT, through undersigned counsel, comes defendant Edward Via College of Osteopathic Medicine ("VCOM"), which respectfully moves for leave of court to file the attached *sur-reply* to plaintiffs' reply to defendant's opposition to motion for contempt [Doc. 27] ("Reply"), in response to new arguments and factual claims made by plaintiffs in their reply.

Such arguments and claims did not appear in plaintiffs' motion for contempt [Doc. No. 24], and thus VCOM has not had an opportunity to respond. "The standard for granting a leave to file a sur-reply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001). VCOM satisfies this standard because plaintiffs' reply brief presents a new basis for the motion for contempt not previously addressed, and VCOM has not been able to contest such issue, as detailed below. District courts routinely grant leave to file a sur-reply when the standard is satisfied. *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003).

Plaintiffs newly cite a VCOM policy, entitled "Guidance for VCOM Students, beginning 9-1-2021", in support of their motion for contempt. Such policy regards travel advisories and

restrictions during Covid-19 and, thus, is a new argument asserted by plaintiffs that such policy instituted by VCOM violates the court's TRO [Doc. 19] and is discriminatory and retaliatory toward plaintiffs.  Neither this policy nor this argument regarding travel advisories and restrictions during Covid-19 appear in plaintiffs' motion for contempt.  As such, VCOM has not had an opportunity to respond to these new assertions made by plaintiffs in their reply brief.  Accordingly, VCOM has attached a sur-reply which addresses only these new arguments raised by plaintiffs in the reply brief.

For these reasons, counsel for VCOM respectfully requests leave to file the attached sur- reply.

Respectfully submitted,

NEAL LAW FIRM
2485 Tower Drive, Suite 7 (71201)
PO Box 14657
Monroe, Louisiana 71207
Telephone: (318) 807-0929
Facsimile:  (318) 807-0926
Email:  mneal@neallawfirm.net
Email:  jhaedicke@neallawfirm.net

__/s/ Mark J. Neal_____
Mark J. Neal, La. Bar No. 24580

__/s/ J. Jordan Haedicke_____
J. Jordan Haedicke, La. Bar No. 35612


## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been duly served upon counsel of record on this 26th day of September 2021 via the Court's EM/ECF filing system.

_____/s/ *Mark J. Neal*_____
Mark J. Neal, APLC