UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **RACHEL LYNN MAGLIULO ET AL** | **CASE NO. 3:21-CV-02304** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Edward Via College of Osteopathic Medicine's Motion to Extend Briefing Deadline [Doc. No. 31] is hereby **GRANTED**. The briefing deadline is extended by fifteen (15) days. Defendant VCOM may file its brief by October 19, 2021.

MONROE, LOUISIANA, this 4th day of October 2021.

_____
Terry A. Doughty
United States District Judge