UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RACHEL LYNN MAGLIULO, MATTHEW SHEA WILLIS, AND KIRSTEN WILLIS HALL | CIVIL ACTION NO. 3:21-cv-02304 |
| VERSUS | JUDGE DOUGHTY |
| EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE | MAGISTRATE JUDGE MCCLUSKY |

## CONSENT JUDGMENT

This matter came before the court as a Motion for Temporary Restraining Order, Preliminary and Permanent Injunction (Doc. No. 1) filed by Plaintiffs, Rachel Lynn Magliulo, Matthew Shea Willis and Kirsten Willis Hall. Plaintiffs thereafter filed a First Amended Complaint for Temporary Restraining Order, Preliminary and Permanent Injunction. (Doc. No. 8). Defendant, Edward Via College of Osteopathic Medicine ("VCOM"), filed a Response in Opposition to Plaintiffs' First Amended Complaint (Doc. No. 10). Thereafter, this Court entered a Memorandum Order (Doc. No. 19), wherein it granted Plaintiffs' request for injunctive relief in the form of a Temporary Restraining Order. Thereafter, the court set Plaintiffs' request for Preliminary Injunction for hearing on November 2, 2021.

The parties herein, represented by their counsel of record, have entered into a compromise that resolves all issues in this proceeding and which shall be embodied in this Consent Judgment. Accordingly:

**IT IS STIPULATED AND ORDERED** that Plaintiffs', Rachel Lynn Magliulo, Matthew Shea Willis, and Kirsten Willis Hall, requests for exemptions from the COVID-19 vaccine requirement for students attending VCOM are recognized as written dissents in accordance with LSA-R.S. 17:170E and the same are hereby granted. Plaintiffs shall remain subject to reasonable

safety measures as promulgated by the Centers for Disease Control (CDC) for unvaccinated persons and the Institutions of Higher Education to the extent that these reasonable safety measures and/or guidelines do not conflict with Louisiana State law;

**IT IS FURTHER STIPULATED AND ORDERED** that Defendant, VCOM, will take no discriminatory and/or retaliatory action against Plaintiffs as a result of the exercise of their rights under LSA-R.S. 17:170E, including but not limited to, preventing Plaintiffs from completing their academic requirements at VCOM and/or referencing Plaintiffs' vaccination statuses or their exercise of their rights under LSA-R.S. 17:170E in any communication with a residency program. It is understood that clinical sites and residency sites may have their own COVID-19 requirements over which VCOM has no control;

**IT IS FURTHER STIPULATED AND ORDERED** that Plaintiffs take no position as to whether VCOM's alleged actions were conducted under the color of state or federal law, and VCOM hereby expressly denies it acted under color of state or federal law at any time and reserves all defenses thereto;

**IT IS FURTHER STIPULATED AND ORDERED** that Plaintiffs' *Motion for Contempt for Violation of Temporary Restraining Order* is hereby dismissed with prejudice;

**IT IS FURTHER STIPULATED AND ORDERED** that Plaintiffs hereby release VCOM, its directors, officers, employees, and agents from any monetary claims of any nature arising out of the matters complained of, referenced, or alleged in the pleadings herein; and

**IT IS FURTHER STIPULATED AND ORDERED** that each party shall be responsible for its own attorney fees and court costs.

PLAINTIFFS

_____
Rachel Lynn Magliulo

_____
Matthew Shea Willis

_____
Kirsten Willis Hall

ATTORNEYS FOR PLAINTIFFS
BREITHAUPT, DUBOS &
WOLLESON, LLC
1811 Tower Drive, Ste. D
Monroe, LA 71202
Telephone: (318) 322-1202
Email: michael@bdw.law

_____
Michael L. Dubos (23944)

DEFENDANT

_____
Edward Via College of Osteopathic
Medicine

ATTORNEYS FOR DEFENDANT
NEAL LAW FIRM
2485 Tower Drive, Ste. 7
Monroe, LA 71202
PO Box 14657
Telephone: (318) 807-0929
Email: mneal@neallawfirm.net

_____
Mark J. Neal (24580)

SO ORDERED.

Monroe, Louisiana, this 19 day of October, 2021.

_____
Terry A. Doughty
United States District Judge