UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RACHEL LYNN MAGLIULO, MATTHEW SHEA WILLIS, and KIRSTEN WILLIS HALL | CIVIL ACTION NO. 3:21-cv-02304 |
| VERSUS | JUDGE DOUGHTY |
| EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE | MAGISTRATE JUDGE MCCLUSKY |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Rachel Lynn Magliulo, Matthew Shea Willis, and Kirsten Willis Hall, who respectfully request that this Honorable Court enter the Order submitted simultaneously herewith permitting the filing of plaintiff's Second Amended Complaint, including plaintiff's Motion for Contempt and Sanctions. The filing of this Second Amended Complaint is necessary as plaintiff's have continued to suffer irreparable harm through the actions of the defendant in violation of the Consent Judgment. The filing of this Second Amended Complaint will not in any way delay the trial of this case.

Undersigned counsel has contacted counsel for Defendant but has not obtained consent to file the Amended Complaint.

Respectfully submitted,

**BOLEN, PARKER, BRENNER, LEE & MILLER, LTD.**

BY: <u>*/s/ Christina S. Slay*</u>
  CHRISTINA S. SLAY (#30729)
  KENNETH R. WHITTLE (#38640)
  709 Versailles Boulevard
  P. O. Box 11590
  Alexandria, LA 71315-1590
  Phone: (318) 445-8236
  Fax: (318) 443-1770
ATTORNEYS FOR PLAINTIFFS, RACHEL LYNN MAGLIULO, MATTHEW SHEA WILLIS, and KIRSTEN WILLIS HALL