UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

RACHEL LYNN MAGLIULO,              CIVIL ACTION NO. 3:21-cv-02304
MATTHEW SHEA WILLIS, and
KIRSTEN WILLIS HALL

VERSUS                                              JUDGE DOUGHTY

EDWARD VIA COLLEGE OF             MAGISTRATE JUDGE MCCLUSKY
OSTEOPATHIC MEDICINE

## ORDER

Considering the foregoing Motion for Leave to File Second Amended Complaint, including plaintiff's Motion for Contempt and Sanctions;

IT IS HEREBY ORDERED that Plaintiffs, Rachel Lynn Magliulo, Matthew Shea Willis, and Kirsten Willis Hall, be and are hereby granted leave to Amend their Original and First Amended Complaint and that the Clerk file the attached Second Amended Complaint into the record.

This _____ day of _____, 2021, Monroe, Louisiana.

_____
HONORABLE TERRY A. DOUGHTY
JUDGE, WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION