**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**January 10, 2022**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **RACHEL LYNN MAGLIULO ET AL** | **CASE NO. 3:21-CV-02304** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On January 7, 2022, Plaintiffs filed a Motion for Contempt and Motion to Enforce Consent Judgment [Doc. No. 52]. Defendants may file a response to the motion by Monday, January 24, 2022. Plaintiffs may file a reply to the response no later than seven (7) days after the response is filed.

A telephone status conference is set in the above matter for Thursday, January 13, 2022 at 1:30 p.m., for purposes of discussing the current status of the case. Call-in information will be emailed to the parties separately.

TAD